# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2740
LT Case No. 2021-CF-012227-A

_____

GENE ALEXANDER FREEMAN, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On Appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Matthew J. Metz, Public Defender, and Louis A. Rossi, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

December 19, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____